TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00488-CV

San Marcos River Foundation, J.M. Cape, and Kathryn Rich, Appellants

v.

Texas Natural Resource Conservation Commission, State Office of

Administrative Hearings, and City of San Marcos, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 97-03856, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 Appellants San Marcos River Foundation, J.M. Cape, and Kathryn Rich move this
Court to dismiss their appeal. Appellees Texas Natural Resource Conservation Commission, State
Office of Administrative Hearings, and City of San Marcos agree to the motion. We grant the
agreed motion to dismiss. Tex. R. App. P. 42.1(a).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Agreed Motion

Filed: October 9, 1997

Do Not Publish